THOMAS CONROY, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued December 18, 1876; decided December 22, 1876.)

*Charles E. Wells* for the appellant.

*D. J. Dean* for the respondent.

Agree to affirm order and judgment absolute for defendant on stipulation.   No opinion.

All concur, except CHURCH, Ch. J., dissenting.

Order affirmed and judgment accordingly.